17658.    HARMON *v.* THE STATE.

BROYLES, C. J.   The verdict was authorized by the evidence, and none of
the grounds of the motion for a new trial show cause for a reversal
of the judgment below.

*Judgment affirmed.   Luke, J., concurs.   Bloodworth, J., absent on account
of illness.*

DECIDED DECEMBER 14, 1926.

Keeping disorderly house; from city court of Richmond county
—Judge Black.   August 24, 1926.

*John H. King, B. B. McCowen,* for plaintiff in error.

*W. Inman Curry, solicitor,* contra.

Appeal and Error, 4 C. J. p. 905, n. 41.